# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2794

_____

QUINTON COLLIER,

Petitioner,

v.

FLORIDA COMMISSION ON
OFFENDER REVIEW and FLORIDA
DEPARTMENT OF CORRECTIONS,

Respondents.

_____

Petition for Writ of Certiorari – Original Jurisdiction.

March 15, 2018

PER CURIAM.

The petition for writ of certiorari is denied on the merits.

WOLF, LEWIS, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Quinton Collier, pro se, Petitioner.

Rana Wallace, General Counsel, and Mark Hiers, Assistant General Counsel, Florida Commission on Offender Review, Tallahassee; Kenneth S. Steely, General Counsel, and Gayla Grant, Assistant General Counsel, Florida Department of Corrections, Tallahassee, for Respondents.